UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COMERICA BANK,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | 2:22-CV-12149-TGB<br><br>ORDER DISMISSING CASE<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2022.

                      BY THE COURT:

                      /s/Terrence G. Berg
                      TERRENCE G. BERG
                      United States District Judge